· 9300.  JONES *et al. v.* OWENS, executrix.

BLOODWORTH, J.  This case (22 *Ga. App.* 558, 96 S. E. 444) was carried
by writ of certiorari to the Supreme Court, and that court held:
"1. The Court of Appeals properly affirmed the judgment of the court
below sustaining the demurrer to the defense based upon the defendants'
contention that they were mere sureties ⸱upon the notes given for the
purchase money of the property in question and sued upon by Owens,
the holder.
"2. But we are of the opinion that the defense set up by way of amend-
ment, based upon the ground that the notes were unenforceable because
they were based upon an illegal and immoral consideration, was merito-
rious, and the trial court erred in sustaining the demurrer thereto,
and the Court of Appeals, instead of affirming the judgment of the court
below, should have reversed it." For full opinion of the Supreme Court
see 149 *Ga.* (99 S. E. 121). Under the latter ruling "the defendants,
the original makers of the notes sued on, are entitled to have the issue
made by their answer submitted to a jury.  And exceptions to the
ruling of the trial judge upon this question in the case should have been
sustained."
The ruling of this court on this issue having been reversed, so far as it
relates to Charles C. and Mrs. Ola E. Jones, and, under the prin-
ciple announced, the plea of illegal and immoral consideration filed by
Buchanan being improperly stricken by the trial judge, the judgment
*originally entered by this court is vacated, and as to all the defendants*
the judgment of the trial court is

                    *Reversed.  Broyles, P. J., and Stephens, J., concur.*
                    DECIDED MAY 13, 1919.

   Complaint; from city court of Atlanta—Judge Reid.  October
4, 1917.
   *Hewlett & Dennis,* for plaintiffs in error.
   *Mayson & Johnson,* contra.